IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        23-cr-193 (PJS/LIB) |
| | ) | Date:            May 31, 2023 |
| Terry Jon Martin, | ) | Courthouse:   Duluth |
| | ) | Courtroom:    Zoom from Ctrm. 3 |
| Defendant, | ) | Court Reporter: Renee Rogge |
| | | Time Commenced:  10:30 a.m. |
| | | Time Concluded:   10:55 a.m. |
| | | Time in Court:      25 minutes |

APPEARANCES:

Plaintiff:           Matthew D. Greenley, Special Assistant U.S. Attorney
Defendant:       Dane DeKrey
                         X  CJA           X  To be appointed
Pretrial Services:  Katie Lovisolo

Date Charges Filed: 5/16/23              Offense: 18:668 Theft Of Major Artwork (1)

    X  Waived Reading of Charges    X  Advised of Rights

on   X  Indictment

X  The Court finds the Defendant eligible for the services of the Federal Defender's Office. Dane DeKrey to be appointed.

X  Defendant released with conditions, see Order Setting Conditions of Release.

X  Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X  Defendant consents to this hearing via video conference.
X  Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.

                                                                               s/JLB
                                                                    Signature of Courtroom Deputy