UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-193 PJS/LIB

United States of America,

                Plaintiff,

v.	**ORDER FOR APPOINTMENT OF COUNSEL**

Terry Jon Martin,

                Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Dane DeKrey, Attorney ID 0397334, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

DATED: June 1, 2023	s/Leo I. Brisbois
                                                  Honorable Leo I. Brisbois
                                                  United States Magistrate Judge