## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Criminal No. 0:23-cr-00193-PJS-LIB

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>vs.<br><br>**TERRY JON MARTIN,**<br><br>                 Defendant. | **STATEMENT OF FACTS<br>IN SUPPORT OF EXCLUSION<br>OF TIME UNDER SPEEDY<br>TRIAL ACT** |

Under 18 U.S.C. § 3161(h)(7)(A), I, Terry Jon Martin, the defendant here, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

This is a complicated case which has garnered significant publicity. The government has stated there are more than 13,000 pages of discovery to review, as well as numerous audio and video files. To have sufficient time to review these materials with my lawyer, I wish to delay my right to trial.

Based on the above facts, I request that the period from now until September 1, 2023 be excluded from the time in which I would otherwise have to be brought to trial on my case.

1

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: June 19, 2023

Terry Jon Martin
Defendant