

U.S. Department of Justice

*Mac Schneider*
*United States Attorney*
*District of North Dakota*

| | |
|---|---|
| *Quentin N. Burdick United States Courthouse* | 701-297-7400 |
| *655 First Avenue North - Suite 250* | FAX: 701-297-7405 |
| *Fargo, ND  58102-4932* | ADMIN FAX: 701-297-7425 |
| | FLU FAX: 701-297-7435 |
| | TOLL FREE: 888-716-7395 |

September 15, 2023

Magistrate Judge Leo I. Brisbois
Room 412
Gerald W. Heaney Federal Building and U.S. Courthouse
515 First Street
Duluth, MN 55802

Re:   0:23-cr-193-PJS-LIB
      United States v. Terry Jon Martin

Dear Honorable Magistrate Judge Brisbois:

    The United States is filing this letter notifying the Court that the United States has no motions to file in the above-captioned case.  The undersigned has conferred with counsel for Terry Martin who asked that this letter indicate the defense will not be filing any discovery motions and the parties agree a motions hearing is not necessary.

            Sincerely,

            MAC SCHNEIDER
            United States Attorney

      By:    /s/ *Matthew D. Greenley*
            MATTHEW D. GREENLEY
            Assistant United States Attorney
            Acting under 28 U.S.C. § 515

MDG/vlt