UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0193 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| TERRY JON MARTIN, | |
| Defendant. | |

---

Based upon all the files, records, and proceedings herein, IT IS ORDERED that:

1. This case will commence trial on October 23, 2023 at 1:30 p.m. in Courtroom 1 (DUL), before Chief Judge Patrick J. Schiltz.

2. A status conference will be held on October 23, 2023 at 8:30 a.m. in Courtroom 1 (DUL), before Chief Judge Patrick J. Schiltz.  The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

3. Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Judge Schiltz's chambers by 4:00 p.m. on October 6, 2023.  Responses to trial-related motions (including motions in limine) must be submitted by 4:00 p.m. on October 13, 2023.

Dated: September 19, 2023                s/Patrick J. Schiltz
                                          Patrick J. Schiltz, Chief Judge
                                          United States District Court