# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | Case No: 23-CR-0193 (PJS/LIB) |
| v. | ) | Date: October 13, 2023 |
| | ) | Court Reporter: Paula Richter |
| Terry Jon Martin, | ) | Courthouse: Duluth |
| Defendant. | ) | Courtroom: 1 |
| | ) | Time Commenced: 9:58 a.m. |
| | ) | Time Concluded: 10:27 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court: Hours & 29 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Duluth, Minnesota.

APPEARANCES:
    For Plaintiff:    Matthew Greenley
    For Defendant:    Dane DeKrey ☐ FPD ☒ CJA ☐ Retained ☐ Appointed
    Interpreter/Language: /
    ☐ Appointment of Counsel requested - ☐ granted  ☐ denied.
    ☐ Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count: 1
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☒ Bond continued.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☐ Defendant remanded to the custody of the U.S. Marshal.

                               _s/C. Glover_
                             Courtroom Deputy