UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0193 (PJS/LIB) |
| Plaintiff, | |
| v. | |
| TERRY JON MARTIN, | ORDER |
| Defendant. | |

---

This matter is before the Court on the defendant's motion for an extension of time to file his position pleadings. ECF No. 34. The defendant seeks an extension until January 19, 2024 to allow for adequate preparation. The government does not object to the extension.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The defendant's Motion for Extension of Time to File Position Pleadings [ECF No. 34] is GRANTED.

2. The defendant's position pleadings must by filed no later than January 19, 2024.

Dated: January 9, 2024        s/Patrick J. Schiltz
                              Patrick J. Schiltz, Chief Judge
                              United States District Court