# VICTIM IMPACT STATEMENT

YOUR NAME:

CASE NAME: United States v. Terry Martin

1. How were you affected by this crime?

I have attached a page called "Michael Shaw's Losses." In that report is listed the range of loss is stated in that page and has been signed by Michael and me (Michael's sister & agent) Rachael Bergen.

Please continue your statement on an additional sheet of paper if you wish.

## VICTIM FINANCIAL STATEMENT

1. Please list your financial losses from this crime. Please attach receipts or other records if possible.

_See Attached Page & statement_

2. List any income lost as a result of your participation in the investigation or prosecution or attendance at proceedings related to the offense. State reasons for the loss of income; attach a letter from your employer verifying the amount of lost wages or income.

_See Attached page & statement_

3. If you have suffered any other expenses as a result of this crime, please list them below. Include items such as necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts.

_See attached Page_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this information is true and correct to the best of my knowledge and belief.

Your name: MICHAEL SHAW  (please print)

Signature: _Michael Shaw_   Date: 11-06-23

"Michael Shaw's Losses"

You asked me to send you an overview of what types of losses my brother Michael Shaw has experienced since the theft of his Ruby Slippers, from the Wizard of Oz.

The end of Michael's "Hollywood on Tour" business and passion had to come to an end once the Ruby Slippers (know as the Shoes for this letter) were stolen. The shoes were the star of his touring show and seminars. He had made a vow when he first owned the shoes to share them with those who have been touched by the movie The Wizard of Oz, would be able to see them in person. His pair of shoes got the nickname of The Traveling Shoes.

Michael, is one of the world's most popular movie memorabilia collector's. His collection was admired and appreciated by collectors all over the world.

Fans of the movie loved that Michael was taking the shoes all over the Country so that as many people as possible could have the experience of seeing them along with Michael's other pieces of Hollywood and his very knowledgeable seminars. There was a certain prestige that came along with the quality of his specific collection, but the hallmark of all the memorable pieces were the shoes.

Let me tell you a little about Michael Shaw's Hollywood on Tour. Michael would take many precious items from movies as well as costumes. People around the Country would get so excited knowing his show was coming to town. Most of his seminars were sold out and throngs of people would show up, just to see the magic of these Hollywood iconic pieces. Michael put on many special events with convention centers, Department Stores and private charities.

The Tour wasn't only for profit, but lent itself to help in charity events where it aided in bringing in the crowds. In fact the event that was suppose to happen right after the shoes were displayed at the Judy Garland Museum was an event where the shoes were part of "There's no Place Like Home." themed event. The event was one where the organization brought children without homes or parents together with adoptive parents. Well, that didn't happen because the shoes were stolen.

When the shoes were first stolen, Michael was devastated. He lost a lot of the prestige that came from owning the shoes and has been in mourning for almost 18 years. He also lost the income from the Tour which ranged between $10,,000.00 to $30,000.00 a year, depending on the year. But that was the least of his loss. His dream of continuing to share Hollywood's most famous props and costumes just couldn't go on anymore.

I've included some photos from his seminar and tours (One of the photos with a Munchkin, Michael and L .Frank Baum's great grandson). I hope this gives you a better idea of how this theft has affected my brother. If you need more, please let me know. I just want this to come out okay for my brother Michael.

*Michael Shaw* 11-06-23

_____ 11-06-23