Exhibit A

Judy Garland Children's Museum Finacial History

|  | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
|---|---|---|---|---|---|---|---|---|---|---|
| Grants | 0 | 50000 | 25000 | 165,000 | 40,000 | 32,600 | 34,500 | 83,000 | 46,241 | 138,702 |
| Donations | 809989 | 383234 | 71714 | 206,680 | 106,954 | 98,412 | 149,590 | 106,812 | 119,857 | 24,009 |
| Memberships | 5207 | 12350 | 17464 | 16,639 | 9426 | 10,176 | 10,739 | 12,076 | 10,177 | 11,845 |
| Admissions | 53871 | 60769 | 83967 | 74,520 | 55109 | 58,638 | 57,498 | 64,106 | 79,219 | 68,513 |
| **Total** | **869,067** | **506,353** | **198,145** | **462,839** | **211,489** | **199,826** | **252,327** | **265,994** | **255,494** | **243,069** |

| **2012** |
|---:|
| 130,000 |
| 16,972 |
| 12,743 |
| 52,035 |
| **211,750** |