

## Itasca County Abstract Company

430 Northeast Third Avenue • Grand Rapids, MN 55744

### Settlement Statement

**Property:** xxx Highway 169 S., Grand Rapids, MN

**File No:** 979606
**Officer:** /ams
**New Loan No:**
**Settlement Date:** 08/20/2008
**Disbursement Date:** 08/20/2008
**Print Date:** 8/20/2008, 3:48 PM

**Buyer:** Leisure Hills Care Center, LP
**Address:** 3270 Villa Lane, Napa, CA 94558
**Seller:** Judy Garland Children's Museum, Inc.
**Address:** P. O. Box 724, Grand Rapids, MN 55744

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| 120,000.00 | | **Consideration:**<br>Total Consideration | | 120,000.00 |
| | 5,000.00 | **Deposits in Escrow:**<br>Receipt No. 7924820 on 08/08/2008 by Leisure Hills Care Center, LP | | |
| | 115,000.00 | Receipt No. 7924868 on 08/20/2008 by Leisure Hills Care Center, LP | | |
| | | **Attorney:**<br>Attorney's Fees to Speeter & Johnson | 5,355.43 | |
| | | **Payoff Loan(s):**<br>Lender: Grand Rapids State Bank<br>Principal Balance - Grand Rapids State Bank | 75,000.00 | |
| | | **Title/Escrow Charges to:**<br>New Abstract No. 29,405 - Itasca County Abstract Company | 318.00 | |
| | | Update Search AND Re-certified Abs. 29,405 - Itasca County Abstract Company | 50.00 | |
| 125.00 | | Closing Fee Real Estate MN - Itasca County Abstract Company | 125.00 | |
| | | Examine - Itasca County Abstract Company | 120.00 | |
| 420.00 | | Policy Owner's - Itasca County Abstract Company | | |
| 30.00 | | Document Preparation-Corrective Easement - Itasca County Abstract Company | 30.00 | |
| 23.00 | | MN Record Corrective Easement - Itasca County Recorder | 23.00 | |
| 46.00 | | MN Record Warranty Deed - Itasca County Recorder | | |
| 23.00 | | MN Record Right of First Refusal - Itasca County Recorder | 23.00 | |
| 23.00 | | MN Record Easement Agreement - Itasca County Recorder | 23.00 | |
| | | County Documentary Transfer Tax - Itasca County Auditor/Treasurer | 396.00 | |
| | | **Disbursements Paid:**<br>Balance of levied special assessments to City of Grand Rapids | 1,054.33 | |
| | 690.00 | Cash (X From) ( To) Borrower | | |
| | | Cash (X To) ( From) Seller | 37,482.24 | |
| **120,690.00** | **120,690.00** | **Totals** | **120,000.00** | **120,000.00** |