# PROFILES IN HISTORY

26901 AGOURA ROAD STE 150 - CALABASAS HILLS, CA 91301
TELEPHONE (310) 859-7701 - FAX (310) 859-3842

## Consignor Statement - Icons of Hollywood Auction

Date: 1/31/2012

CONSIGNOR ID: 3239

JOHN KELSCH
The Judy Garland Museum
2727 S. Highway 169
Grand Rapids, MN 55744

Home:
Bus: 218-327-9276
Fax:
Email: director@cdmkids.org

| Item # | Lot No. | Title | Purchase Price | Premium | Amount Owed |
|---|---|---|---|---|---|
| 0004 | 646 | Judy Garland's personal music arrangement manuscript archive, including "Over the Rainbow" | $15,000.00 | $2,250.00 | $12,750.00 |
| 0005 | 647 | Judy Garland's original 1933 vaudeville work permit | $0.00 | $0.00 | $0.00 |
| 0006 | 648 | Judy Garland's personal copy of an original The Wizard of Oz Decca record album set | $2,750.00 | $412.50 | $2,337.50 |
| 0001 | 649 | The Wizard of Oz Munchkinland resident top-coat designed by Adrian | $47,500.00 | $7,125.00 | $40,375.00 |
| 0002 | 650 | The Wizard of Oz Emerald City resident vest designed by Adrian | $10,000.00 | $1,500.00 | $8,500.00 |
| 0008 | 652 | Judy Garland's Tony Award for Unique Contribution to Theatre 1951-1952 | $30,000.00 | $4,500.00 | $25,500.00 |
| 0009 | 653 | Judy Garland's personal scrapbook chronicling 1958-59 in photographs and newspaper clippings | $3,000.00 | $450.00 | $2,550.00 |
| 0010 | 654 | White fox coat and matching eggshell skirt worn by Judy Garland from the collection of designer Howard Shoup | $0.00 | $0.00 | $0.00 |

Number of Items: 8

Purchase Price: $108,250.00
15% Seller's Premium: $16,237.50
SubTotal: $92,012.50
Auction Purchases: N/A $0.00
Other Fees: N/A $0.00
Total: $92,012.50