UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 23-CR-0193 (PJS/LIB) |
| Plaintiff, | |
| v. | |
| TERRY JON MARTIN, | AFFIDAVIT IN SUPPORT OF RESTITUTION |
| Defendant. | |

---

STATE OF WISCONSIN   )
                                       ) ss.
COUNTY OF WAUKESHA )

I, Timothy Anderson, CSRP AIC, Director of Claims Subrogation at Markel Insurance Company, under the penalty of perjury, declares, deposes, and says as follows:

1. I am the Director of Claims Subrogation at Markel Insurance Company.
2. I make this affidavit in support of restitution owed to Markel Insurance Company.
3. That attached hereto as Exhibit A are true and correct copies of documents supporting Markel Insurance Company's damages, substantiating the following damage amounts that Markel Insurance Company has incurred as a result of the actions of Terry Jon Martin:

    | | | |
    |---|---|---|
    | a. | O'Toole-Ewald Art Associates Inc. | $7,837.50 |
    | b. | Valarie Jones | $626.82 |
    | c. | Dave Washburn | $2,350.49 |
    | | Total: | $10,814.81 |

4. I make this affidavit in good faith and certify that all restitution requested by Markel Insurance Company is related to the investigation and/or recovery of the authentic pair of "ruby slippers" worn by Judy Garland in the 1939 film, "The Wizard of Oz," stolen by Terry Jon Martin from the Judy Garland Museum in Grand Rapids, Minnesota.

Further your Affiant sayeth not.

1

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: 22 January 2024           *[signature]* Tim Anderson

Timothy M. Anderson, CSRP AIC
Director, Claims Subrogation, Markel Insurance Company