## ITEMIZATION OF DAMAGES

### Markel Insurance Company Restitution Claim

*0:23-cr-00193-PJS-LIB-1 US vs. Terry Jon Martin*

| Exhibit | Description | Total |
|---------|-------------|-------|
| A | O'Toole-Ewald Art Associates | $7,837.50 |
| B | Valarie Jones Travel Expenses | $626.82 |
| C | Dave Washburn Travel Expenses | $2,350.49 |
|  | **TOTAL** | **$10,814.81** |

# Exhibit A

# O'Toole-Ewald Art Associates, Inc.

# INVOICE

274 Madison Avenue, Suite 1305
New York, NY 10016
(212) 989-5151
FAX: (212) 242-1629

| | |
|---|---|
| **CLIENT:** Valarie H. Jonas<br>Dave Washburn, CPCU<br>Markel – Claims<br>4600 Cox Road<br>Glen Allen, VA 23060 | **JOB DESCRIPTION:** Fair Market Value Appraisal of the Recovered Ruby Slippers<br>**FILE NUMBER:**<br>**CLAIM NUMBER:** P014042<br>**POLICY NUMBER:**<br>**TELEPHONE NUMBER:** (415) 490-4610 (Jonas)<br>(804) 527-3820 (Washburn)<br>**EMAIL ADDRESS:** Valarie.Jonas@markel.com<br>Dave.Washburn@Markel.com |
| **DATE:** April 5, 2019 | |
| **INVOICE NUMBER:** 12723 | |
| **APPRAISER:** Elin Lake-Ewald, Ph.D., ASA, FRICS | |

**DESCRIPTION OF SERVICES:**

Onsite inspection/ Research/ Report compilation/ Travel time/ Direct expenses/ Travel expenses Flat Fee

**$ AMOUNT:** $7,500.00

**TOTAL AMOUNT DUE:** $7,500.00

Invoices payable in full upon receipt. Penalty charges 1½% for all unpaid invoices over 30 days. In the event it is necessary to hire an Attorney to collect any outstanding balance, you will be charged an additional amount for attorney fees incurred.
TAX ID NO: 13-2933242
Payment accepted by bank transfer. For details, contact Dionis Rodriguez at dir@otoole-ewald.com

Rev. February 15, 2018

2050 0077

# O'Toole-Ewald Art Associates, Inc.

## INVOICE

New York . London . Venice

183 Madison Avenue, Suite 806
New York, NY 10016
(212) 989-5151
FAX: (212) 242-1629

| | |
|---|---|
| **CLIENT:** Jean Gardner, Esq.<br>Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP<br>14 Penn Plaza<br>New York, New York 10122 | **JOB DESCRIPTION:** Consultation Re: Ruby Slippers belonging to Michael Shaw<br>**FILE NUMBER:**<br>**CLAIM NUMBER:**<br>**POLICY NUMBER:**<br>**TELEPHONE NUMBER:** (212) 563-1710 ext 215<br>**FAX NUMBER:** (212) 695-6602 |
| **DATE:** March 2, 2010<br>**INVOICE NUMBER:** 10772<br>**APPRAISER:** Elin Lake-Ewald, Ph.D., ASA, MRICS | |

| **DESCRIPTION OF SERVICES:** | **$ AMOUNT:** |
|---|---|
| Research/ Contacts with Ruby Slipper experts-Total of 1 ½ hours | $337.50 |
| **TOTAL AMOUNT DUE:** | **$337.50** |

Invoices payable in full upon receipt. Penalty charges 1½% for all unpaid invoices over 30 days. In the event it is necessary to hire an Attorney to collect any outstanding balance, you will be charged an additional amount for attorney fees incurred.
TAX ID NO: 13-2933242

# Exhibit B

# MARKEL CORPORATION

**FOR 2016 TRAVEL REIMBURSEMENT**

| | | |
|---|---|---|
| Name: Valarie Jonas | 1202 | Accounting Unit: 106891 |
| Trip Location: Minneapolis | | Employee HR #: 307528 |
| | | Date: July 27, 2018 |
| | | Approver Signature: See attached email |
| | | Approver Printed Name: Shari Marko |

Please put an "X" in ONE of the appropriate box.
- Domestic Travel: **X**
- Foreign Travel:
- Training Travel:

For all travel expense reimbursements please do not combine domestic, foreign or training costs in one reimbursement request!

Description of trip or event: Trip to Minneapolis re Ruby Slippers P014042

| Week 1 | Date: | 9-Jul-18 | 10-Jul-18 | | | | | | Week 2 Total | Total | Acct # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxi | | $125.00 | $125.00 | | | | | | | | | | |
| Rental Car Gas | | | | | | | | | | | | | |
| Tolls | | | | | | | | | | | | | |
| Parking | | | | | | | | | | | | | |
| Ground Trans. | Total: | $125.00 | $125.00 | | | | | | | $250.00 | 652025 | X | D |
| | | | | | | | | | | | 652060 | | F |
| | | | | | | | | | | | 652100 | | T |
| Rental Car Expense | | | | | | | | | | | 652029 | | D |
| | | | | | | | | | | | 652061 | | F |
| | | | | | | | | | | | 652105 | | T |
| Personal Car Expense | Miles Driven: | | | | | | | | | | | | |
| $0.540 | Amount: | | | | | | | | | | 652028 | | D/F |
| | | | | | | | | | | | 652110 | | T |
| Commercial Air | | | | | | | | | | | 652030 | | D |
| | | | | | | | | | | | 652065 | | F |
| | | | | | | | | | | | 652115 | | T |
| Train | | | | | | | | | | | 652027 | | D/F |
| | | | | | | | | | | | 652100 | | T |
| Hotel | | $299.10 | | | | | | | | $299.10 | 652045 | X | D |
| | | | | | | | | | | | 652080 | | F |
| | | | | | | | | | | | 652120 | | T |
| Personal Meals | Breakfast: | | $12.47 | | | | | | | | | | |
| | Lunch: | $12.13 | | | | | | | | | | | |
| | Dinner: | $25.36 | $27.76 | | | | | | | | | | |
| | Total: | $37.49 | $40.23 | | | | | | | $77.72 | 652050 | X | D |
| | | | | | | | | | | | 652085 | | F |
| | | | | | | | | | | | 652125 | | T |
| Telephone | | | | | | | | | | | 654005 | | D/F |
| | | | | | | | | | | | 652130 | | T |
| Marketing/Conventions | | | | | | | | | | | 653070 | | D/F/T |
| Entertainment | | | | | | | | | Total Week 2 | | 652055 | | D/T |
| Fill Out Entertainment/Other Expense form | | | | | | | | | | | 652090 | | F |
| Other Expenses | | | | | | | | | | | | | D/F/T |
| Fill Out Entertainment/Other Expense form | | | | | | | | | | | | | |

Total Expenses: $626.82
Adjustments:
Amount Due: $626.82

By signing this expense reimbursement form, you confirm compliance with the Corporate expense reimbursement policy, the Corporate Vehicle Usage Policy and the travel-related paragraph of the Use of Wireless Communications Devices Policy for auto related expenses found on the Policy tab of this worksheet.

Employee Signature: [signature]

Send Check to: Valarie Jonas, San Francisco
Department: Claims counsel

# Exhibit C

# MARKEL CORPORATION

**FOR** 2019 **TRAVEL REIMBURSEMENT**

| | | | |
|---|---|---|---|
| Na Dave Washburn | 1202 | Accounting Unit 106853 | Date March 8, 2019 |
| Trip Location Minneapolis, MN | | Employee HR # 300362 | Approver Signature |
| | | | Approver Printed Name Steve Boesen |

Please put an "X" in ONE of the appropriate box.

| | |
|---|---|
| Domestic Travel | X |
| Foreign Travel | |
| Training Travel | |

For all travel expense reimbursements please do not combine domestic, foreign or training costs in one reimbursement request.

Description of trip or event: Travel related to continued handling of claim #P014042

| Week 1 | Date: | 14-Feb-19 | 15-Feb-19 | | | | | | Week 2 Total | Total | Acct # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxi | | $94.56 | $117.44 | | | | | | | | | | |
| Rental Car Gas | | | | | | | | | | | | | |
| Tolls | | | | | | | | | | | | | |
| Parking | | $12.00 | $12.00 | | | | | | | | | | |
| Ground Trans. | Total: | $106.56 | $129.44 | | | | | | | $236.00 | 652025 | X | D |
| | | | | | | | | | | | 652060 | | F |
| | | | | | | | | | | | 652100 | | T |
| Rental Car Expense | | | | | | | | | | | 652029 | | D |
| | | | | | | | | | | | 652061 | | F |
| | | | | | | | | | | | 652105 | | T |
| Personal Car Expense | | | | | | | | | | | | | |
| | Miles Driven: | 50.0 | 50.0 | | | | | | | | | | |
| $0.580 | Amount: | $29.00 | $29.00 | | | | | | | $58.00 | 652028 | X | D/F |
| | | | | | | | | | | | 652110 | | T |
| Commercial Air | | $30.00 | $30.00 | | | | | | | $60.00 | 652030 | X | D |
| | | | | | | | | | | | 652065 | | F |
| | | | | | | | | | | | 652115 | | T |
| Train | | | | | | | | | | | 652027 | | D/F |
| | | | | | | | | | | | 652100 | | T |
| Hotel | | $107.60 | | | | | | | | $107.60 | 652045 | X | D |
| | | | | | | | | | | | 652080 | | F |
| | | | | | | | | | | | 652120 | | T |
| Personal Meals | Breakfast: | | $19.00 | | | | | | | | | | |
| | Lunch: | $20.00 | $24.00 | | | | | | | | | | |
| | Dinner: | $25.00 | $25.00 | | | | | | | | | | |
| | Total: | $45.00 | $68.00 | | | | | | | $113.00 | 652050 | X | D |
| | | | | | | | | | | | 652085 | | F |
| | | | | | | | | | | | 652125 | | T |
| Telephone | | | | | | | | | | | 654005 | | D/F |
| | | | | | | | | | | | 652130 | | T |
| Marketing/Conventions | | | | | | | | | | | 653070 | | D/F/ |

| | | |
|---|---|---|
| Entertainment | Total Week 2 | |
| Fill Out Entertainment/Other Expense form | | 652055 D/T |
| | | 652090 F |
| Other Expenses | | |
| Fill Out Entertainment/Other Expense form | | D/F/ |
| | Total Expenses | $574.60 |
| | Adjustments | |
| | Amount Due | $574.60 |

By signing this expense reimbursement form, you confirm compliance with the Corporate expense reimbursement policy, the Corporate Vehicle Usage Policy and the travel-related paragraph of the Use of Wireless Communications Devices Policy for auto related expenses found on the Policy tab of this worksheet.

Employee Signature:

Send Check to: Dave Washburn

Department: Claims/Glen Allen

# MARKEL CORPORATION

FOR 2018 TRAVEL REIMBURSEMENT

| Name | Dave Washburn | 1202 | Accounting Unit | 106853 | Date | August 3, 2018 |
|---|---|---|---|---|---|---|
| Trip Location | Minneapolis, MN | | Employee HR # | 300362 | Approver Signature | |

Please put an "X" in ONE of the appropriate box.

| | | Approver Printed Name |
|---|---|---|
| Domestic Travel | X | Steve Boesen |
| Foreign Travel | | |
| Training Travel | | |

For all travel expense reimbursements please do not combine domestic, foreign or training costs in one reimbursement request.

Description of trip or event: Travel for recovery investigation on claim P014042

| Week 1 | Date: | 9-Jul-18 | 10-Jul-18 | | | | | Week 2 Total | Total | Acct # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxi | | $59.31 | $54.00 | | | | | | | | | |
| Rental Car Gas | | | | | | | | | | | | |
| Tolls | | | | | | | | | | | | |
| Parking | | $12.00 | $12.00 | | | | | | | | | |
| Ground Trans. | Total: | $71.31 | $66.00 | | | | | | $137.31 | 652025 | X | D |
| | | | | | | | | | | 652060 | | F |
| | | | | | | | | | | 652100 | | T |
| Rental Car Expense | | | | | | | | | | 652029 | | D |
| | | | | | | | | | | 652061 | | F |
| | | | | | | | | | | 652105 | | T |
| Personal Car Expense | | | | | | | | | | | | |
| | Miles Driven: | 50.0 | 50.0 | | | | | | | | | |
| $0.545 | Amount: | $27.25 | $27.25 | | | | | | $54.50 | 652028 | X | D/F |
| | | | | | | | | | | 652110 | | T |
| Commercial Air | | $1,106.32 | $25.00 | | | | | | $1,131.32 | 652030 | X | D |
| | | | | | | | | | | 652065 | | F |
| | | | | | | | | | | 652115 | | T |
| Train | | | | | | | | | | 652027 | | D/F |
| | | | | | | | | | | 652100 | | T |
| Hotel | | $319.76 | | | | | | | $319.76 | 652045 | X | D |
| | | | | | | | | | | 652080 | | F |
| | | | | | | | | | | 652120 | | T |
| Personal Meals | Breakfast: | | $17.00 | | | | | | | | | |
| | Lunch: | $20.00 | | | | | | | | | | |
| | Dinner: | $25.00 | $24.00 | | | | | | | | | |
| | Total: | $45.00 | $41.00 | | | | | | $86.00 | 652050 | X | D |
| | | | | | | | | | | 652085 | | F |
| | | | | | | | | | | 652125 | | T |
| Telephone | | | | | | | | | | 654005 | | D/F |
| | | | | | | | | | | 652130 | | T |
| Marketing/Conventions | | | | | | | | | | 653070 | | D/F/T |
| | | | | | | | | Total Week 2 | | | | |
| Entertainment | | | | | | | | | | 652055 | | D/T |
| Fill Out Entertainment/Other Expense form | | | | | | | | | | 652090 | | F |
| Other Expenses | | | | | | | | | $47.00 | | X | D/F/T |
| Fill Out Entertainment/Other Expense form | | | | | | | | | | | | |
| | | | | | | | Total Expenses | | $1,775.89 | | | |
| | | | | | | | Adjustments | | | | | |
| | | | | | | | Amount Due | | $1,775.89 | | | |

By signing this expense reimbursement form, you confirm compliance with the Corporate expense reimbursement policy, the Corporate Vehicle Usage Policy and the travel-related paragraph of the Use of Wireless Communications Devices Policy for auto related expenses found on the Policy tab of this worksheet.

| Employee Signature: | | Send Check to: | Dave Washburn |
|---|---|---|---|
| | | Department: | Claims/Glen Allen |