# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 23-CR-0193 (PJS/LIB) |
| Terry Jon Martin, Defendant. | Date: January 29, 2024 |
| | Court Reporter: Paula Richter |
| | Courthouse: Duluth |
| | Courtroom: 1 |
| | Time Commenced: 10:03 a.m. |
| | Time Concluded: 10:41 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 38 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

   For Plaintiff:   Matthew D Greenley
   For Defendant:   Dane DeKrey ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | Time Served | | 1 year | | |

Said terms to run ☐ concurrently ☐ consecutively
☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of $23,500.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☒ Defendant released on terms and conditions of supervised release.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos. 38, 39, 41 and 42 shall be unsealed upon entry of judgment.
☒ Docket nos. 37 and 40 shall remain sealed indefinitely.  Counsel is directed to file a redacted public version as soon as practicable.

_s/CSG_
Courtroom Deputy
