VICTIM IMPACT STATEMENT.              January 19, 2024

JOHN A. KELSCH

CASE:  United States v. Terry Martin

How were you affected by this crime, and what financial losses did you incur ?

As Executive Director of the Judy Garland Children's Museum at the time, I was devastated by the violation.

For over one year, much of my time was spent dealing with the intricacies of the break-in, denial of the

subsequent insurance claim, and worldwide media inquiries.

Both the Museum and myself (individually) were sued by Essex Insurance Company in United States District Court

for negligence in protective safeguards for the Ruby Slippers while on exhibit in Grand Rapids, Minnesota. Essex

was denying coverage under the insurance policy taken out and paid for by the Museum specifically for the venue.

The legal battle went on for nearly one year, until the insurance company finally made a settlement out of court in the

Summer of 2006. The Museum and I were forced to retain an attorney for twelve months with no clear understanding of how

legal fees and potential damages would be paid.

All of this turmoil combined with stress from mounting financial shortfalls at the Museum took a heavy toll on my personal

mental health. 



Too many years have passed to account for any receipts associated with Lawsuit related travel back and forth to Minneapolis.