UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0193(1) (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| TERRY JON MARTIN, | |
| Defendant. | |

Defendant Terry Martin pleaded guilty to theft of a major artwork. Although the recommended sentencing range was 77 to 96 months, the Court imposed a sentence of time served and one year of supervised release, largely on the basis of Martin's health status. ECF Nos. 46, 50. Martin was also ordered to pay $23,500 in restitution and to comply with certain financial-disclosure provisions. ECF No. 46. In particular, the Court ordered him to (1) give the probation officer access to any requested financial information, including credit reports, credit-card bills, bank statements, investment-account statements, property records, telephone bills, and utility bills, and (2) promptly notify the probation officer of any material change in his financial circumstances that might affect his ability to pay restitution. *Id.*

This matter is before the Court on Martin's motion to remove these financial-disclosure conditions because he has now fully paid restitution. The Court declines to

do so.  While it is true that Martin's payment of his restitution obligation alleviates one purpose of these conditions, the Court is concerned about the timing of Martin's sudden, unexplained acquisition of a large amount of cash—something that seems hard to reconcile with the disclosures in his presentence report—followed by an immediate request to shield his finances.  Moreover, the Court gave Martin an extraordinarily light sentence; one year of financial monitoring is one of the very few consequences he is facing as a result of his offense.  Although the Court considers the risk that Martin will reoffend to be low, the nature of his previous criminal career indicates that financial monitoring is advisable to ensure his compliance with the law.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendant's motion to remove financial-monitoring conditions [ECF No. 52] is DENIED.

Dated:  May 31, 2024            s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court